UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA TAYLOR, | ) | 1:06-cv-00957-SMS |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING THE CLERK TO |
| v. | ) | STRIKE PLAINTIFF'S COUNSEL'S |
| | ) | NOTICE OF WITHDRAWAL (DOC. 28) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | ORDER GRANTING PLAINTIFF'S |
| Security, | ) | ATTORNEYS FIFTEEN DAYS FROM THE |
| | ) | DATE OF SERVICE OF THIS ORDER IN |
| Defendant. | ) | WHICH TO FILE A SUBSTITUTION |
| | ) | |
| _____ | ) | |

    Plaintiff is proceeding with counsel with an appeal from this Court's judgment for Defendant. The matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301. Pending before the Court is a notice of withdrawal of counsel filed on April 1, 2008.

    Local Rule 83-182(a)(2) provides three methods for an attorney to appear in an action: signing or filing an initial document, listing the attorney's name in the upper left-hand corner of the first page of an initial document, physically appearing at a court hearing in the matter followed by

1

confirmation of appearance, or filing and serving a substitution of attorneys. Local Rule 83-182(g) provides that an attorney who has appeared in an action may substitute another attorney and withdraw by submitting a substitution of attorneys that is approved by the Court. Rule 83-182(g) sets forth the formal requirements for a substitution of attorneys.

The purported substitution of Mr. Rohlfing for Mr. Christenson was not accomplished in accordance with local rules. A court may strike a document that does not conform to the formal requirements of the pertinent rules of court. Fed. R. Civ. P. 12(f); <u>Transamerican Corp. v. National Union Fire Ins. Co. of Pittsburgh, Pa.</u>, 143 F.R.D. 189, 191 (N.D. Ill. 1992). The notice of withdrawal filed on April 1, 2008, was ineffective, and the Clerk IS DIRECTED to strike it from the record.

Technically, the notice of appeal filed on March 19, 2008, was not filed by counsel of record and thus is subject to being stricken.

However, to facilitate the efficient administration of justice, the Court will grant counsel fifteen days within which to file a substitution of attorneys that complies with the local rules.

IT IS SO ORDERED.

**Dated:   April 3, 2008**              /s/ **Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

2