UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TAYLOR, | ) 1:06-cv-00957-SMS |
| | ) |
| Plaintiff, | ) ORDER DISCHARGING ORDER TO SHOW |
| v. | ) CAUSE AS TO ATTORNEY LAWRENCE |
| | ) DAVID ROHLFING ONLY (DOC. 32) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Plaintiff is proceeding with counsel with an appeal from this Court's judgment for Defendant. The matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301.

On April 30, 2008, the Court issued an order to show cause directing attorneys Rohlfing and Christenson to appear and show cause why sanctions should not be imposed for failure to comply with an order of the Court.

On May 6, 2008, a response to the order to show cause, consisting of a declaration, was filed by attorney Rohlfing. The Court has considered the response and concludes that counsel has

1 adequately explained his own failure to file a timely
2 substitution of counsel.
3     Counsel IS INFORMED that counsel is expected to enter and
4 withdraw from cases in compliance with the local rules, and is
5 expected timely to comply with all the Court's orders.
6     Accordingly, the order to show cause that issued on April
7 30, 2008, IS DISCHARGED as to attorney Lawrence David Rohlfing
8 only.
9 IT IS SO ORDERED.
10 **Dated:   May 8, 2008**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE