# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TAYLOR,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant.<br>_____/ | CASE NO. 1:06-cv-00957-SMS<br><br>ORDER REMANDING CASE<br>FOR AWARD OF BENEFITS<br><br><br><br><br>(Doc. 42) |

      On September 7, 2010, the United States Court of Appeals for the Ninth Circuit issued a mandate that its decision in this case, dated July 13, 2010, become effective.  That decision directed this Court to enter an order remanding the case to the Administrative Law Judge for an award of benefits.

      According, it is hereby ORDERED that this case be remanded to the Administrative Law Judge for an award to Plaintiff Linda Taylor of Disabled Widow's Insurance benefits and Supplemental Security Income benefits under Titles II and XVI of the Social Security Act.

IT IS SO ORDERED.

**Dated:**   September 9, 2010               /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE

1